IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

GEORGE HENGLE and LULA WILLIAMS,
on behalf of themselves and all
individuals similarly situated,

    Plaintiffs,

v.                          Civil Action No. 3:18-cv-100

MARK CURRY, et al.,

    Defendants.

**ORDER**

For the reasons set forth in the accompanying Memorandum Opinion, it is hereby ORDERED that the MOTION TO TRANSFER TO THE NEWPORT NEWS DIVISION BY AWL, INC., AMERICAN WEB LOAN, INC. AND RED STONE, INC. (ECF No. 3) and NATIONWIDE AWL CLASS PLAINTIFFS' MOTION FOR LIMITED INTERVENTION (ECF No. 77) are granted. Accordingly, it is ORDERED that the Clerk shall transfer this action to the Newport News Division.

It is further ORDERED that the facts and legal contentions are adequately presented in the materials before the Court and oral argument would not aid the decisional process.

It is so ORDERED.

                                      /s/    *REP*
                                Robert E. Payne
                                Senior United States District Judge

Richmond, Virginia
Date: June 15, 2018